# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160985 & (56)(57)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

WILLIAM RUSSELL WILLIAMS,
       Defendant-Appellant.

SC: 160985
COA: 344212
Tuscola CC: 17-014136-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 26, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for appeal bond or superintending control is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2020



Clerk

s0428